IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAM BEILUE,

    Plaintiff,

vs.                                                        Civ. No. 97-1309 MV/WWD

UNITED PARCEL SERVICE, INC., and
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL NO. 492,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's "Motion for Order for Rule 37(B) Sanctions and for Order to Show Cause Why the Union Should Not Be Held in Contempt" [docket no. 51]. No response has been filed to the motion. I want to have a more complete record of the transactions between the parties, particularly the Plaintiff and counsel for the Union, before making a ruling on this motion. Accordingly, I am setting a hearing for **WEDNESDAY, AUGUST 12, 1998, AT 2:00 P.M.** before me in Courtroom A, 500 Gold, SW, Albuquerque, New Mexico. Counsel for United Parcel Service, Inc., is not required to attend the hearing.

This cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED.**

                                                              UNITED STATES MAGISTRATE JUDGE